# Order

**Supreme Court**
**Lansing, Michigan**

October 6, 2005

128367 & (80)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

                                       SC:  128367
                                       COA:  244903
MATIQUEKA TANAYE WILLIAMS,          Wayne CC:  01-012732
     Defendant-Appellee.

_____/

      By order of June 16, 2005, defense counsel was directed to answer the Wayne County Prosecuting Attorney's application for leave to appeal. On order of the Court, the answer having been filed, the application for leave to appeal the February 8, 2005 judgment of the Court of Appeals is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals for the reasons stated in the dissenting opinion and REINSTATE the defendant's convictions and sentences.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2005 _____        _____

s0929                                           Clerk